tance to the Defendant and to this Court.
DATED this 30th day of May, 1984.

SENTENCE REVIEW DIVISION

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

From: The District Court of the Sixth Judicial District, County of Park, STATE OF MONTANA, Plaintiff vs. STEVEN J. FOX, Defendant.

DECISION

No. DC-83-78

The application of the above-named defendant for a review of the sentence of 4 years; DANGEROUS, imposed on January 16, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 4 years; NON-DANGEROUS.

The felony conviction cited by the Sentencing Judge in the Judgment dated January 16, 1984, was not an actual conviction. This Board finds that the Defendant has never been involved in a crime against persons, therefore, designates him as a NON-DANGEROUS individual.

We wish to thank Sherri Stieg of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

SENTENCE REVIEW DIVISION

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. LISA GAYLEEN MISNER, Defendant.

DECISION

No. (C)DC-83-130

The application of the above-named defendant for a review of the sentence of 5 years imposed on February 3, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, however, as a condition of the Defendant's Parole, the Sentence Review Board recommends that she be allowed to seek treatment at the Lighthouse Program if accepted, and then be transferred to a Life Skills Center as soon as possible.

We wish to thank Jami Davenport of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.

SENTENCE REVIEW DIVISION

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. PAUL CORBETT, Defendant.

DECISION

No. DC-6021

The application of the above-named defendant for a review of the sentence of 10 years imposed on February 3, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board finds that the sentence was appropriate under the circumstances considering the Defendant's failure to fulfill the two prior opportunities that were given to him by Judge Green.

We wish to thank Jeff Ginalias of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.

SENTENCE REVIEW DIVISION

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. HOWARD EDWARD GREENWELL, Defendant.

DECISION

No. DC-82-61

The application of the above-named defendant for a review of the sentence of Count I, 10 years 2 years for weapon; Count II, 10 years 2 years for the use of a weapon; sentences to run concurrently; DANGEROUS, imposed on October 25, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board finds that the sentence imposed was just and proper.

We wish to thank Dan Schwarz of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.